# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5346
_____

CITY OF MIAMI BEACH and
CORVEL CORPORATION,

   Appellants,

   v.

HARRY DE BASTIEN,

   Appellee.

_____


On appeal from an order of the Judge of Compensation Claims.
Jeffrey I. Jacobs, Judge.

Date of Accident:  May 24, 2002.

June 25, 2018


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Luis F. Estrada of Angones, McClure & Garcia, P.A., Miami, for Appellants.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.